**Shelby HARRIS, Movant/Appellant,**

v.

**STATE of Missouri,
Respondent/Respondent.**

No. 65664.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 4, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Nov. 9, 1994.

Shelby Harris, pro se.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jennifer A. Glancy, Asst. Atty. Gen., Jefferson City, for respondent.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Movant appeals the circuit court's denial of his "Motion to Dispose of All Claims and for Final Disposition". We affirm. No error of law appears and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).